IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL D. LEGGETT, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  05-2177 Ma/An |
| | ) | |
| DUKE ENERGY CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Before the Court is Defendants' Joint Motion for Extension of Time filed on June 17, 2005. After due consideration, the Motion is **DENIED**. Defendants shall answer or otherwise respond to Plaintiffs' Complaint within 30 days of service of a Complaint and summons.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 24, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-28-05

1



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CV-02177 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James J. Webb
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Leslie H. Spiegel
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street NW
Washington, DC 20037

Mark Haddad
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013

Amy E. Tabor
BAKER BOTTS, LLP
910 Louisiana
Houston, TX 77002

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Michael Kass
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Noah A. Katsell
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Dr.
Ste. 1100
San Diego, CA 92121

Barbara Walls
CHANCERY COURT, 25TH JUDICIAL DISTRICT
Fayette County Courthouse
Somerville, TN 38068

Robert B. Wolinsky
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004

Joel B. Kleinman
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street NW
Washington, DC 20037

Heather Skinazi
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013

Mark R. Robeck
BAKER BOTTS, LLP
910 Louisiana
Houston, TX 77002

Diane Pritchard
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105--248

Douglas Tribble
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

J. Gregory Copeland
BAKER BOTTS, LLP
910 Louisiana
Houston, TN 77002

Mark H. Hamer
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Drive
Suite 1100
San Diego, CA 92121

Jeffrey M. Shohet
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Dr.
Ste. 1100
San Diego, CA 92121

Steven J. Routh
HOGAN & HARTSON, L.L.P.
555 13th Street, NW
Washington, DC 20004

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Alan G. Crone
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Thomas H. Brill
LAW OFFICE OF THOMAS H. BRILL
6552 Sagamore Road
Mission Hills, KS 66208

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT