IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SAMUEL D. LEGGETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   05-2177 Ma/An |
| | ) | |
| DUKE ENERGY CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REMOVE MOTION FROM PENDING STATUS

Pending on the Court's docket is the Defendants' Joint Motion for Extension of Time to File Answer to Notice of Removal and Motion for Extension of Time to File Response to Motion to Remand filed on April 25, 2005 (D.E. # 28). On May 24, 2005, Judge Mays granted a Motion to File Reply, and on July 27, 2005, the Undersigned entered an Order addressing the Motion for Extension of Time to File Answer to Notice of Removal. Therefore, the Clerk of the Court is directed to remove Docket Entry # 28 from pending status.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 02, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CV-02177 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Barbara Walls
CHANCERY COURT, 25TH JUDICIAL DISTRICT
Fayette County Courthouse
Somerville, TN 38068

Robert B. Wolinsky
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

James J. Webb
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Douglas Tribble
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105

Amy E. Tabor
BAKER BOTTS, LLP
910 Louisiana
Houston, TX 77002

Leslie H. Spiegel
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street NW
Washington, DC 20037

Heather Skinazi
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013

Jeffrey M. Shohet
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Dr.
Ste. 1100
San Diego, CA 92121

Steven J. Routh
HOGAN & HARTSON, L.L.P.
555 13th Street, NW
Washington, DC 20004

Mark R. Robeck
BAKER BOTTS, LLP
910 Louisiana
Houston, TX 77002

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Diane Pritchard
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105--248

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Joel B. Kleinman
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street NW
Washington, DC 20037

Noah A. Katsell
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Dr.
Ste. 1100
San Diego, CA 92121

Michael Kass
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105

Mark H. Hamer
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Drive
Suite 1100
San Diego, CA 92121

Mark Haddad
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Alan G. Crone
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Gregory Copeland
BAKER BOTTS, LLP
910 Louisiana
Houston, TN 77002

Thomas H. Brill
LAW OFFICE OF THOMAS H. BRILL
6552 Sagamore Road
Mission Hills, KS 66208

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT