A CERTIFIED TRUE COPY

AUG 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED    RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 11 2005

FILED
CLERK'S OFFICE

CV-S-05-1021-PMP-PAL

## DOCKET NO. 1566

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

*Samuel D. Leggett, et al. v. Duke Energy Corp., et al.,* W.D. Tennessee, C.A. No. 2:05-2177

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

## TRANSFER ORDER

Before the Panel is a motion in one Western District of Tennessee action (*Leggett*) brought, pursuant to 28 U.S.C. § 1407, by six of the action's defendants: Reliant Energy Services, Inc., Dynegy Marketing & Trade, The Williams Power Co., Inc., CMS Marketing Services and Trading Co., Duke Energy Trading and Marketing, LLC, and AEP Energy Services, Inc. Movants ask the Panel to transfer *Leggett* to the District of Nevada for inclusion in the MDL-1566 proceedings pending there before Judge Philip M. Pro. Plaintiffs in *Leggett* oppose transfer.

On the basis of the papers filed and hearing session held, the Panel finds that *Leggett* involves common questions of fact with actions in this litigation previously transferred to the District of Nevada, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel is persuaded that transfer of the action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of Nevada was a proper Section 1407 forum for actions brought by persons injured by multiple common defendants' alleged conspiracy to increase the price of natural gas sold in California during 2000 and 2001. *See In re Western States Wholesale Natural Gas Antitrust Litigation,* 290 F.Supp.2d. 1376 (J.P.M.L. 2003).

The *Leggett* plaintiffs have not disputed movants' assertion that they are claiming to have been injured by the same alleged conduct and conspiracy that is at the root of the MDL-1566 actions. Rather, plaintiffs' opposition to transfer is predicated solely on their contention that the Panel should provisionally deny the Section 1407 transfer motion in order to permit the Tennessee court to rule on plaintiffs' pending motion to remand *Leggett* to state court. Such a motion, however, if not resolved in the transferor court by the time of Section 1407 transfer, can be presented to and decided by the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

FILED BY

---

*Judge Motz took no part in the disposition of this matter.

AUG 22 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis



- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the District of Nevada and, with the consent of that court, assigned to the Honorable Philip M. Pro for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

I hereby attest and certify on 8|19/05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

✓ FILED   __RECEIVED
__ENTERED __SERVED
DIRECT REPLY TO COUNSEL/PARTIES OF RE

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE   2005 AUG 15 P 5:
Thurgood Marshall Federal
Judiciary Building              US DISTRICT COU
Room G-255, North Lobby   DISTRICT OF NEVADA
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888          DEP1
BY

http://www.jpml.uscourts.gov

August 11, 2005

CV-S-05-1021-PMP-PAL

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Re:   MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

   *Samuel D. Leggett, et al. v. Duke Energy Corp., et al.,* W.D. Tennessee, C.A. No. 2:05-2177

Dear Mr. Wilson:

   I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Enclosures/Attachment

cc:   Transferee Judge: Judge Philip M. Pro
   Transferor Judge: Judge Samuel H. Mays, Jr.
   Transferor Clerk: Robert R. Di Trolio

JPML Form 29

# INVOLVED COUNSEL LIST
## DOCKET NO. 1566
# IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION

Michael J. Boni
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389

J. Gregory Copeland
Baker Botts LLP
3000 One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995

Craig C. Corbitt
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Robert E. Craddock, Jr.
Wyatt, Tarrant & Combs
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120-4367

Alan G. Crone
Crone & Mason, PLC
Clark Tower
5100 Poplar Ave.
Suite 3200
Memphis, TN 38137

Marc E. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901

Jef Feibelman
Burch, Porter & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103

John S. Golwen
Bass, Berry & Sims, PLC
The Tower at Peabody Place
100 Peabody Place
Suite 900
Memphis, TN 38103

Mark E. Haddad
Sidley, Austin, Brown & Wood, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Mark H. Hamer
DLA Piper, Rudnick , Gray & Cary,  US LLP
4635 Executive Drive
Suite 1100
San Diego, CA 92121

Joel B. Kleinman
Dickstein, Shapiro, Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037-1526

Susan G. Kupfer
Glancy & Binkow LLP
455 Market Street, Suite 1810
San Francisco, CA 94105

Amy Pepke
Armstrong Allen, PLLC
Brinkley Plaza, Suite 700
80 Monroe Avenue
Memphis, TN 38103-2467

Diane E. Pritchard
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Steven J. Routh
Hogan & Hartson, LLP
555 Thirtheenth Street, N.W.
Washington, DC 20004

Jeffrey M. Shohet
DLA Piper, Rudnick , Gray & Cary,  US LLP
4635 Executive Drive
Suite 1100
San Diego, CA 92121

Douglas Ray Tribble
Pillsbury Winthrop, LLP
50 Fremont Street
San Francisco, CA 94105

Shea S. Wellford
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue
Suite 1000
Memphis, TN 38119

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

LANCE S. WILSON
CLERK OF COURT

JAKE HERB
CHIEF DEPUTY, RENO

August 19, 2005

Thomas M. Gould, Clerk of the Court
Western District of Tennessee
Room 242, Federal Building
167 North Main Street
Memphis, TN 38103

**IN RE: MDL 1566 WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST
LITIGATION**

Dear Clerk:
    Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict
Litigation directing the transfer of the below referenced civil action(s) to this district under 28 U.S.C.
Section 1407.

    Please send us your file along with a certified copy of your docket entries.  When you send
your file, please refer to our civil action number.

| **TITLE OF CASE** | **Your Case Number** | **Our Case Number** |
|---|---|---|
| Samuel D. Leggett, et al v.<br>Duke Engery Corp., et al | 2:05-2177-SHM-sta | CV-S-05-1021-PMP(PAL) |

Sincerely,

LANCE S. WILSON, Clerk
US DISTRICT COURT

Enclosure:

By *Grace Walters*

Grace Walters, Deputy Clerk

cc: Michael Beck, Clerk of the Panel
    (See attorney service list)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:05-CV-02177 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Mark Haddad
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013

James J. Webb
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Thomas H. Brill
LAW OFFICE OF THOMAS H. BRILL
6552 Sagamore Road
Mission Hills, KS 66208

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Heather Skinazi
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Leslie H. Spiegel
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street NW
Washington, DC 20037

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

J. Gregory Copeland
BAKER BOTTS, LLP
910 Louisiana
Houston, TN 77002

Douglas Tribble
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105

Joel B. Kleinman
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street NW
Washington, DC 20037

Jeffrey M. Shohet
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Dr.
Ste. 1100
San Diego, CA 92121

Mark R. Robeck
BAKER BOTTS, LLP
910 Louisiana
Houston, TX 77002

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael Kass
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105

Robert B. Wolinsky
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004

Noah A. Katsell
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Dr.
Ste. 1100
San Diego, CA 92121

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Steven J. Routh
HOGAN & HARTSON, L.L.P.
555 13th Street, NW
Washington, DC 20004

Mark H. Hamer
DLA PIPER RUDNICK GRAY CARY US LLP
4365 Executive Drive
Suite 1100
San Diego, CA 92121

Diane Pritchard
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105--248

Amy E. Tabor
BAKER BOTTS, LLP
910 Louisiana
Houston, TX 77002

Barbara Walls
CHANCERY COURT, 25TH JUDICIAL DISTRICT
Fayette County Courthouse
Somerville, TN 38068

Alan G. Crone
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT